IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FREDERICK BANKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-454-WKW |
| | ) | [WO] |
| ADRIAN ROE, MARK R. HORNAK, ROBERT CESSAR, SOO SONG, SEAN LANGFORD, ROBERT WERNER, SCOTT SMITH, MIKE POMPEO, FEDERAL BUREAU OF INVESTIGATION, and CENTRAL INTELLIGENCE AGENCY, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 3.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 3) is ADOPTED;

2. Plaintiff's case is DISMISSED without prejudice for failure to pay the full filing fee upon initiating the case.

A final judgment will be entered separately.

DONE this 9th day of November, 2017.

                                        /s/ W. Keith Watkins
                           CHIEF UNITED STATES DISTRICT JUDGE